CO-386-online
10/03

# United States District Court
# For the District of Columbia

| | |
|---|---|
| Enterprise National Bank | ) |
| | ) |
| | ) |
| vs  Plaintiff | ) Civil Action No._____ |
| | ) |
| Mike Johanns, Secretary, United States Department of Agriculture | ) |
| | ) |
| Defendant | ) |

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Enterprise National Bank__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Enterprise National Bank__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

480212
BAR IDENTIFICATION NO.

John J. Richard
Print Name

1201 W. Peachtree Street, NW, 14th Floor
Address

Atlanta        GA        30309-3488
City           State     Zip Code

404-572-6631
Phone Number