UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ENTERPRISE NATIONAL BANK, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. _____ |
| | ) | |
| v. | ) | |
| | ) | |
| MIKE JOHANNS, SECRETARY, | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| AGRICULTURE, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

COMES NOW, John J. Richard, counsel for Plaintiff, Enterprise National Bank, in the above referenced action, and moves for the admission *pro hac vice*, pursuant to the Local Rules of the U.S. District Court for the District of Columbia, of John M. Gross for the limited purpose of allowing him to appear in the above styled matter.  In support thereof, Plaintiff respectfully shows the Court as follows:

Plaintiff, Enterprise National Bank desires to have Mr. Gross assume the duty of co-counsel in this case.

John M. Gross is a member in good standing of the New York Bar and the State Bar of Georgia and is admitted to practice before the United States District Court for the Northern District of Georgia.  (Please see Attachment A hereto.)

Mr. Gross is eligible for admission to the Bar of this Court pursuant to the Local Rules of this Court.  He has read and is familiar with the Local Rules of this Court.  He understands that he is subject to the disciplinary jurisdiction of this Court.  Attached as an Exhibit hereto is the Request For Admission *Pro Hac Vice,* completed and signed by Mr. Gross.

1

Therefore, Plaintiff respectfully requests that the motion for admission *pro hac vice* of John M. Gross be granted and that Mr. Gross be allowed to appear for Plaintiff in the above referenced matter. A proposed Order is submitted herewith for the Court's convenience.

Respectfully Submitted,

_____
John J. Richard
D.C. Bar No. 480212

and

John M. Gross
Georgia Bar No. 313520

POWELL GOLDSTEIN LLP
One Atlantic Center, Fourteenth Floor
1201 West Peachtree Street, NW
Atlanta, Georgia 30309-3488
(404) 572-6600  Telephone
(404) 572-6999  Facsimile
jjrichard@pogolaw.com
jgross@pogolaw.com

and

William C. Crenshaw
D.C. Bar No. 968545

POWELL GOLDSTEIN LLP
Third Floor
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 347-0066 – Telephone
(202) 624-7222 – Facsimile

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENTERPRISE NATIONAL BANK, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. _____ |
| ) | |
| v. ) | |
| ) | |
| MIKE JOHANNS, SECRETARY, ) | |
| UNITED STATES DEPARTMENT OF ) | |
| AGRICULTURE, ) | |
| ) | |
| Defendant. ) | |

### ATTACHMENT A TO MOTION FOR ADMISSION *PRO HAC VICE*

I hereby request admission to the Bar of this Court *PRO HAC VICE*, in support of which I represent as complete, true and correct the following:

1. My name is John M. Gross.

2. My law firm name and business address, telephone and fax numbers are:

    POWELL GOLDSTEIN LLP
    One Atlantic Center
    Fourteenth Floor
    1201 West Peachtree Street, N.W.
    Atlanta, Georgia 30309-3488
    Telephone Number: (404) 572-6600
    Fax Number: (404) 572-6999

3. I am a member in good standing of the New York Bar and the State Bar of Georgia and I am admitted to practice before the United States District Court for the Northern District of Georgia.

4. I have never been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

1

6. I do not practice law from an office located in the District of Columbia.

7. I am not a member of the District of Columbia Bar, nor do I have a pending application for membership to the District of Columbia Bar.

DATED this 21 day of July, 2006.

　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ John M. Gross
　　　　　　　　　　　　　　　　　　　　　　　　　　　John M. Gross

SWORN TO AND SUBSCRIBED before me
this 21st day of July 2006.

／s／ Suzanne Pittard Shapiro
Notary Public
My Commission Expires: Feb 10, 2009

[Notary Seal: SUZANNE PITTARD SHAPIRO, NOTARY PUBLIC, DEKALB COUNTY, GEORGIA, FEB. 10, ...]

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ENTERPRISE NATIONAL BANK, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. _____ |
| | ) | |
| v. | ) | |
| | ) | |
| MIKE JOHANNS, SECRETARY, | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| AGRICULTURE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Application of John M. Gross for admission to practice to before this Court *pro hac vice* having come before the Court and upon due consideration, the Court finds that the Application should be granted.

IT IS THEREFORE ORDERED that John M. Gross of Powell Goldstein LLP is admitted to practice before this Court for the limited purpose of appearing in the above-styled case.

DATED this _____ day of _____ 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT

1