## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ENTERPRISE NATIONAL BANK, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 1:06CV01344 (RCL) |
| | ) | |
| v. | ) | |
| | ) | |
| MIKE JOHANNS, SECRETARY, | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| AGRICULTURE, | ) | |
| | ) | |
| Defendant. | ) | |

### REQUEST FOR FILING

NOW COMES Plaintiff Enterprise National Bank, pursuant to 5 U.S.C. § 706 and

requests that Defendant Mike Johanns, Secretary, U.S. Department of Agriculture, file with the

Court the certified case record created before the USDA National Appeals Division in this action

(NAD Case No. 2004S000154).

This 7th day of August, 2006.

John J. Richard
D.C. Bar No. 480212
POWELL GOLDSTEIN LLP
One Atlantic Center, Fourteenth Floor
1201 West Peachtree Street, NW
Atlanta, Georgia 30309-3488
(404) 572-6600  Telephone
(404) 572-6999  Facsimile
jjrichard@pogolaw.com

and

William C. Crenshaw
D.C. Bar No. 968545
POWELL GOLDSTEIN LLP
901 New York Ave., NW – Third Floor
Washington, DC 20001-4413
(202) 347-0066 – Telephone
(202) 624-7222 – Facsimile
wcrenshaw@pogolaw.com

Attorneys for Plaintiff
ENTERPRISE NATIONAL BANK

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ENTERPRISE NATIONAL BANK, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 1:06CV01344 (RCL) |
| | ) | |
| v. | ) | |
| | ) | |
| MIKE JOHANNS, SECRETARY, | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| AGRICULTURE, | ) | |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2006, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system and deposited a copy of same in the U.S. Mail, postage

affixed, and addressed to the following:

Civil Process Clerk
U.S. Attorney's Office for the District of Columbia
555 – 4th Street, NW
Washington, DC 20530

This 7th day of August, 2006.

_____
John J. Richard
D.C. Bar No. 480212

#1061805