FILED
AUG 14 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ENTERPRISE NATIONAL BANK, )
)
    Plaintiff, ) CIVIL ACTION NO. __06 1344__
)
v. )
)
MIKE JOHANNS, SECRETARY, )
UNITED STATES DEPARTMENT OF )
AGRICULTURE, )
)
    Defendant. )

### ORDER

The Application of John M. Gross for admission to practice to before this Court *pro hac vice* having come before the Court and upon due consideration, the Court finds that the Application should be granted.

IT IS THEREFORE ORDERED that John M. Gross of Powell Goldstein LLP is admitted to practice before this Court for the limited purpose of appearing in the above-styled case.

DATED this 14th day of __August__ 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT

1