UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ENTERPRISE NATIONAL BANK, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 1:06CV01344 (RCL) |
| | ) | |
| v. | ) | |
| | ) | |
| MIKE JOHANNS, SECRETARY, | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| AGRICULTURE, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING RETURN OF SERVICE AS TO U.S. ATTORNEY GENERAL**

Plaintiff, ENTERPRISE NATIONAL BANK, hereby files its Notice of Filing Return of Service pursuant to Federal Rule of Civil Procedure 4(l) showing the Court that service was effected upon the Defendant, by and through the U.S. Attorney General, on or about August 7, 2006 in accordance with Federal Rule of Civil Procedure 4(i)(1), and attaching a copy of the U.S. Postal Service Certified Mail Domestic Return Receipts in support thereof as Exhibit A.

Respectfully submitted this 18th day of August, 2006.

_____
John J. Richard
D.C. Bar No. 480212
John M. Gross
Georgia Bar No. 313520
POWELL GOLDSTEIN LLP
One Atlantic Center, Fourteenth Floor     -and-
1201 West Peachtree Street, NW
Atlanta, Georgia 30309-3488
(404) 572-6600  Telephone
(404) 572-6999  Facsimile
jjrichard@pogolaw.com
jgross@pogolaw.com

William C. Crenshaw
D.C. Bar No. 968545
POWELL GOLDSTEIN LLP
901 New York Ave., NW
Third Floor
Washington, DC 20001-4413
(202) 347-0066 – Telephone
(202) 624-7222 – Facsimile
wcrenshaw@pogolaw.com

Attorneys for Plaintiff
ENTERPRISE NATIONAL BANK

# EXHIBIT A

Civil Action No. 1:06CV01344 (RCL)

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by *(Printed Name)* AUG -8  C. Date of Delivery |
| 1. Article Addressed to:<br><br>Alberto R. Gonzales<br>Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, D.C. 20530-00001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)* ☐ Yes |
| 2. Article Number *(Transfer from service label)* | 7000 1670 0003 2627 3767 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ENTERPRISE NATIONAL BANK, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 1:06CV01344 (RCL) |
| | ) | |
| v. | ) | |
| | ) | |
| MIKE JOHANNS, SECRETARY, | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| AGRICULTURE, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and deposited a copy of same in the U.S. Mail, postage affixed, and addressed to the following:

        Civil Process Clerk
        U.S. Attorney's Office for the District of Columbia
        555 – 4th Street, NW
        Washington, DC 20530

This 18th day of August, 2006.

                                                  _____
                                                  John J. Richard
                                                  D.C. Bar No. 480212

#1066300