UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ENTERPRISE NATIONAL BANK,** 3980 RCA Blvd., Ste. 8012 Palm Beach Gardens, FL 33410          **Plaintiff,**          v. **MIKE JOHANN, Secretary,** **U.S. Department of Agriculture**          **Defendant.** | ) ) ) ) ) ) ) ) ) Civil Action No. 06-1344 (RCL) ) ) ) ) |

## ENTRY OF APPEARANCE

The Clerk of the Court will please enter the appearance of Heather Graham-Oliver, Assistant U.S. Attorney, as counsel of record for the U.S. Department of Agriculture in the above-captioned case.

Respectfully submitted,

_____
HEATHER GRAHAM-OLIVER
Assistant U.S. Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 305-1334