UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ENTERPRISE NATIONAL BANK,** | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 06-1344 (RCL) |
| **MIKE JOHANN, Secretary,** | ) | |
| **United States Department of Agriculture,** | ) | |
| Defendant. | ) | |

**ORDER**

Defendant Mike Johann, Secretary of the United States Department of Agriculture, filed an answer on November 20, 2006. Therefore, a Local Rule 16.3 Conference shall be held within fifteen (15) days of this date between plaintiff and defendants. Within ten (10) days thereafter, a report shall be filed with the Court, along with a proposed scheduling order. The Proposed Scheduling Order required by Rule 16.3(d) shall be submitted in Word Perfect (preferred) or Microsoft Word format by email to RCL_ECF@dcd.uscourts.gov.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on November 21, 2006.