IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ENTERPRISE NATIONAL BANK,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 06-1344 (RCL) |
| **MIKE JOHANNS, Secretary,** | ) |
| **U.S. Department of Agriculture,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

### THE PARTIES JOINT REPORT PURSUANT TO ORDER FOR INITIAL SCHEDULING CONFERENCE

This is an action to compel enforcement of a December 2, 2005 final decision of the National Appeals Division ("NAD"), United States Department of Agriculture.

The parties agree that this case is an action for review on an administrative record and therefore, in accordance with Local Civil Rule 16.3(b)(1), is exempt from the requirements of Local Civil Rule 16.3 and 16(b) and 26(f) of the Federal Rules of Civil Procedure. Nevertheless, the parties have conferred and are submitting a proposed scheduling order for the filing of dispositive motions.

The Defendant agrees to provide the Plaintiff a certified copy of the administrative record by December 22, 2006. Because of the voluminous nature of the administrative record, the parties are requesting 90 days after the Plaintiff's receipt of the record for the filing of the dispositive motions.

The parties wish simultaneous briefing as follows:

| | |
|---|---|
| Plaintiff's Motion for Declaratory Judgment and Defendant's Cross-Motion for Summary Judgment. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **Thursday, March 29, 2007** |
| Oppositions to the Motions filed. . . . . . . . . . . . | **Monday, April 30, 2007** |
| Reply paper and memoranda. . . . . . . . . . . . . . | **Monday, May 14, 2007** |

The administrative record shall be filed as an Appendix, 14 days after the filing of the parties' Reply Memoranda.


Respectfully Submitted,


_____          _____
JOHN J. RICHARD, ESQ.                   JEFFREY A. TAYLOR, ESQ
D.C. BAR # 480212                       D.C. BAR # 498610
POWELL GOLDSTEIN LLP                    United States Attorney
One Atlantic Center
Fourteenth Floor
1201 West Peachtree St., NW             _____
Atlanta, Georgia 30309-3488             RUDOLPH CONTRERAS, ESQ.
(404) 572-6600                          D.C. BAR # 434122
                                        Assistant United States Attorney


_____          _____
WILLIAM C. CRENSHAW ESQ.
D.C. BAR # 968545                       HEATHER GRAHAM-OLIVER, ESQ.
POWELL GOLDSTEIN LLP                    Assistant United States Attorney
Third Floor                             Judiciary Center Building
901 New York Avenue, NW                 555 4th Street, NW - Civil Division
Washington, DC 20001-4413               Rm. 4-4808
(202) 347-0066                          Washington, D.C.  20530
                                        (202) 305-1334


Counsel for Plaintiff                   Counsel for Defendant