IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
**ENTERPRISE NATIONAL BANK,**      )
                                   )
            **Plaintiff,**           )
                                   )
     v.                          )
                                   ) Civil Action No. 06-1344 (RCL)
**MIKE JOHANNS, Secretary,**       )
**U.S. Department of Agriculture** )
                                   )
            **Defendant.**           )
_____)

## SCHEDULING ORDER

It is hereby ordered that the parties shall have the following deadlines for the filing of dispositive motions:

| | |
|---|---|
| Plaintiff's Motion for Declaratory Judgment and Defendant's Cross-Motion for Summary Judgment. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **Thursday, March 29, 2007** |
| Oppositions to the Motions filed. . . . . . . . . . . | **Monday, April 30, 2007** |
| Reply paper and memoranda. . . . . . . . . . . . . . | **Monday, May 14, 2007** |

A certified copy of the Administrative record shall be filed by May 28, 2007.

SO ORDERED.

_____
THE HONORABLE ROYCE C. LAMBERTH
United States District Court Judge