UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ENTERPRISE NATIONAL BANK,**           ) <br> ) <br> Plaintiff,           ) <br> ) <br> v.           ) <br> ) <br> **MIKE JOHANNS, Secretary,**           ) <br> United States Department of Agriculture, ) <br> ) <br> Defendant.           ) <br> ) | Civil Action No. 06-1344 (RCL) |

## SCHEDULING ORDER

It is hereby ordered that the parties shall obey the following deadlines for the filing of dispositive motions:

| | |
|---|---|
| Plaintiff's Motion for Declaratory Judgment and Defendant's Cross-Motion for Summary Judgment | March 29, 2007 |
| Opposition to the Motions Filed | April 30, 2007 |
| Reply Papers and Memoranda | May 14, 2007 |

A certified copy of the Administrative record shall be filed by May 28, 2007.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, January 2, 2007.

.

    SO ORDERED.

    Signed by Royce C. Lamberth, United States District Judge, on November 21, 2006.