UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ENTERPRISE NATIONAL BANK, )
)
      Plaintiff, )
)
v. )
) Civil Action No. 06-1344 (RCL)
MIKE JOHANNS, Secretary, )
U.S. Department of Agriculture, )
)
      Defendant. )

### NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF

COME NOW, John M. Gross and John J. Richard as counsel of record to Plaintiff Enterprise National Bank, and advise the Court and counsel of record for the Defendant that they have joined the law firm of Taylor, Busch, Slipakoff & Duma LLP with the following contact information:

**Taylor, Busch, Slipakoff & Duma LLP**
1600 Parkwood Circle
Suite 200
Atlanta, GA 30339
Telephone: 770-434-6868
Facsimile: 770-434-7376
Email: jgross@taylor-busch.com
       jrichard@taylor-busch.com

Plaintiff also advises the Court and counsel of record for the Defendant that Mr. Gross and Mr. Richard shall be substituted as sole counsel of record for Plaintiff.

This 7th day of February, 2007.

_____
JOHN M. GROSS
Georgia Bar No. 313520
JOHN J. RICHARD
DC Bar No. 480212

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENTERPRISE NATIONAL BANK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Civil Action No. 06-1344 (RCL)<br>MIKE JOHANNS, Secretary, )<br>U.S. Department of Agriculture, )<br>)<br>Defendant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Heather Graham-Oliver, Esq.
> Assistant United States Attorney
> Judiciary Center Building
> 555 4th Street, NW - Civil Division
> Rm. 4-4808
> Washington, D.C. 20530

I have also delivered a courtesy copy by U.S. Mail, postage pre-paid, to:

> William C. Crenshaw, Esq.
> Powell Goldstein LLP
> 901 New York Avenue, NW
> Third Floor
> Washington, DC 20001-4413

This 7th day of February, 2007.

John J. Richard
DC Bar No. 480212