UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ENTERPRISE NATIONAL BANK,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 06-1344 (RCL) |
| **MIKE JOHANN, Secretary,** | ) |
| **U.S. Department of Agriculture,** | ) |
| | ) |
| **Defendant.** | ) |

## CONSENT MOTION FOR TWO DAY EXTENSION OF TIME TO FILE CROSS MOTION FOR SUMMARY JUDGMENT

The United States Department of Agriculture (Department), in the above-captioned case hereby moves, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, for a two (2) business day extension of time until Monday April 2, 2007, within which to file its cross-motion for summary judgment (motion), which is currently due on Thursday, March 30, 2007.  Plaintiff, through counsel, consents to the filing of this motion.  Granting this motion will not require the rescheduling of any other dates.

Plaintiff filed this action pursuant to 7 U.S.C. § 6999 for judicial review of a final agency determination by Defendant Agriculture concerning guaranteed loan programs under Defendant's Rural Development Division. See 7 C.F.R. §§ 4279 and 4287, *et seq*.  Plaintiff is alleging the failure of the Department of Agriculture to adhere to the decision of the National Appeals Division.  Defendant is requesting the additional time to complete the motion and to finish the review of the administrative record which is contained in 23 boxes.

In addition, undersigned counsel's time has been limited due to other commitments and litigation responsibilities, including being involved in the defense of a subpoena matter

concerning documentary subpoenas directed to the Department of Education, in In Re Apollo Group Securities Litigation, 06-MC-0558 (CKK); and defending depositions in Brown v. U.S.A., Civ. Act. No. 05-2309 (EGS).  Additionally, Counsel was out of the office during the entire week of March 19, 2007 and did not return until Tuesday, March 27, 2007.  The undersigned counsel has made this request based upon the best estimate available for the completion of the motion.  This request is made for good cause shown and not to cause undue delay of the proceedings.

Respectfully submitted,

/s/
_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334

2