UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ENTERPRISE NATIONAL BANK, )
)
    3980 RCA Blvd., Suite 8012 )
    Palm Beach Gardens, FL 33410 )
)
    Plaintiff, )    CIVIL ACTION NO. 1:06-cv-01344-RCL
)
v. )
)
MIKE JOHANNS, SECRETARY, )
UNITED STATES DEPARTMENT OF )
AGRICULTURE, )
)
    1400 Independence Ave., S.W. )
    Washington, DC 20250 )
)
    Defendant. )

## PLAINTIFF'S MOTION FOR DECLARATORY JUDGMENT

This lawsuit arises from a March 3, 2006 decision by the Defendant U.S. Department of Agriculture Rural Development Division, (the "Agency"). Through its decision, the Agency improperly refuses to honor its "full faith and credit" loan guarantee to Plaintiff Enterprise National Bank (the "Bank") following a December 2, 2005 final determination on the merits (the "Remand Determination") issued by a Hearing Officer of the U.S. Department of Agriculture's National Appeals Division ("NAD"). The NAD Hearing Officer found for the Bank, and against the Agency, while holding that the Bank had met its burden of proof in showing that the Agency's action in dishonoring the guarantee was erroneous. The effect of the Hearing Officer's Remand Determination was to prohibit the Agency from dishonoring the loan guarantee in any form.

1

Following the ruling in its favor, the Bank submitted a revised loss claim to the Agency seeking payment under the guarantee. The Agency considered the revised claim, paid a portion, and on March 3, 2006 announced that it continued to contest the balance of $3,030,000, despite the determination by the NAD Hearing Officer that the Bank had met its burden of proof in showing that the Agency's decision to deny the guarantee was erroneous.

The Agency's March 3, 2006 decision to further reduce and dishonor the Bank's loan guarantee is contrary to the plain language of the Remand Determination and blantantly violates the requirement placed on the Agency to abide by its own regulations and the rulings of the NAD.

This Court should declare that the Agency has acted without authority in denying the Bank's revised loss claim and should issue an order compelling the Agency to honor its guarantee by paying the revised loss claim in full.

In support of its Motion, the Bank submits a Memorandum of Law filed herewith.

Respectfully submitted, this 29th day of March, 2007.

_____
JOHN J. RICHARD
D.C. Bar No. 480212
JOHN M. GROSS
Georgia Bar No. 313520 (admitted *pro hac vice*)

TAYLOR, BUSCH, SLIPAKOFF & DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
(770) 434-6868 – Telephone
(770) 434-7376 – Facsimile

                        Attorneys for Plaintiff
                        Enterprise National Bank

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENTERPRISE NATIONAL BANK,<br><br>    3980 RCA Blvd., Suite 8012<br>    Palm Beach Gardens, FL 33410<br><br>    Plaintiff,<br><br>v.<br><br>MIKE JOHANNS, SECRETARY,<br>UNITED STATES DEPARTMENT OF<br>AGRICULTURE,<br><br>    1400 Independence Ave., S.W.<br>    Washington, DC 20250<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 1:06-cv-01344-RCL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Heather D. Graham-Oliver, Esq.
> Assistant United States Attorney
> U.S. Department of Justice
> 555 4th St., N.W.
> Washington, D.C. 20530

This 29th day of March, 2007.

                                                   _____
                                                   John J. Richard
                                                   D.C. Bar No. 480212