UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENTERPRISE NATIONAL BANK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 06-1344 (RCL) |
| MIKE JOHANN, Secretary, | ) |
| U.S. Department of Agriculture, | ) |
| | ) |
| Defendant. | ) |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE CROSS MOTION FOR DECLARATORY JUDGMENT**

The United States Department of Agriculture (Department), in the above-captioned case hereby moves, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, for a three (3) business-day extension of time until Thursday April 5, 2007, within which to file its cross-motion for declaratory judgment (motion), which is currently due on Monday, April 2, 2007. Plaintiff, through counsel, consents to the filing of this motion. Granting this motion will not require the rescheduling of any other dates.

Plaintiff filed this action pursuant to 7 U.S.C. § 6999 for judicial review of a final agency determination by Defendant Agriculture concerning guaranteed loan programs under Defendant's Rural Development Division. See 7 C.F.R. §§ 4279 and 4287, *et seq*. Plaintiff is alleging the failure of the Department of Agriculture to adhere to the decision of the National Appeals Division. Although counsel for Defendant has begun preparation of this motion and a draft has been prepared, additional time is needed to finalize the motion, due to the following:

The undersigned counsel has had to prepare the brief in light of other commitments and litigation responsibilities and in spite of working over the weekend. Specifically counsel is

preparing witnesses for trial in McIntyre v. Mineta, Civ. Act. No. 05-0664 (ESH), scheduled for April 16, 2007; and for an oral argument in the Court of Appeals for this Circuit scheduled on Wednesday April 4, 2007, for which she has a moot on April 2, 2007 at 3:00pm. The undersigned counsel has made this request based upon good cause shown and not to cause undue delay of the proceedings.

Respectfully submitted,

/s/
_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530
(202) 305-1334