UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ENTERPRISE NATIONAL BANK,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-1344 (RCL) |
| **MIKE JOHANN, Secretary,** United States Department of Agriculture, | ) ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Upon consideration of defendant's Consent Motion [19] for Extension of Time to File Cross Motion for Summary Judgment, and the entire record herein, it is hereby

ORDERED, that the Motion [19] is GRANTED, and defendant's Motion shall be due April 5, 2007.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on April 2, 2007.