UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENTERPRISE NATIONAL BANK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1344 (RCL) |
| MIKE JOHANNS, Secretary, ) | |
| U.S. Department of Agriculture, ) | |
| ) | |
| Defendant. ) | |

### CONSENT MOTION FOR EXTENSION OF TIME
### TO FILE RESPONSE AND REPLY BRIEFS

Plaintiff Enterprise National Bank hereby moves, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, for an extension of time for the parties in this action to file their respective response and reply briefs to the cross motions for declaratory judgment on file with this Court, and to extend the time for filing of the certified record in this matter.

Plaintiff filed this action pursuant to 7 U.S.C. § 6999 for judicial enforcement of a final agency determination by the Defendant U.S. Department of Agriculture. The Plaintiff filed its Motion for Declaratory Judgment on March 29, 2007. After being granted an extension, with the consent of undersigned counsel, Defendant filed its cross Motion for Declaratory Judgment on April 5, 2007. By this Court's prior scheduling order, response briefs are currently due by April 30, 2007, reply briefs by May 14, 2007, and the certified record is to be filed by May 28, 2007.

Plaintiff hereby moves that these deadlines be extended as follows:

- Response briefs to the parties' respective Motions for Declaratory Judgment shall be due by May 14, 2007;

- Reply briefs in support of the parties' respective Motions for Declaratory Judgment shall be due by May 31, 2007; and

1

- The applicable portions of the certified record in this action shall be filed with the Court by June 12, 2007.

These requested extensions are necessary to allow the parties to review the voluminous record in this action (running to over 21,000 pages) and to fully brief the matters raised in the respective motions. Defendant, through counsel, consents to the filing of this motion and to the extension of the subject deadlines as listed above. Undersigned counsel makes this request based upon good cause shown and not to cause undue delay of the proceedings.

Respectfully submitted, this 25th day of April, 2007.

JOHN J. RICHARD
D.C. Bar No. 480212
JOHN M. GROSS
Georgia Bar No. 313520 (admitted *pro hac vice*)

TAYLOR, BUSCH, SLIPAKOFF & DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
(770) 434-6868 – Telephone
(770) 434-7376 – Facsimile

Attorneys for Plaintiff
Enterprise National Bank

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENTERPRISE NATIONAL BANK,<br><br>        Plaintiff,<br><br>v.<br><br>MIKE JOHANNS, Secretary,<br>U.S. Department of Agriculture,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-1344 (RCL)<br>)<br>)<br>)<br>) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

        Heather Graham-Oliver, Esq.
        Assistant United States Attorney
        Judiciary Center Building
        555 4th Street, NW - Civil Division
        Rm. 4-4808
        Washington, D.C. 20530

This 25th day of February, 2007.

                                                    John J. Richard
                                                    D.C. Bar No. 480212