## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ENTERPRISE NATIONAL BANK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 06-1344 (RCL)** |
| | ) | |
| **MIKE JOHANNS, Secretary,** | ) | |
| **United States Department of Agriculture,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## <u>ORDER</u>

Upon consideration of plaintiff's Consent Motion [23] for Extension of Time for the parties to file their response and reply briefs to the cross motions for declaratory judgment, it is hereby

ORDERED, that the Motion [23] is GRANTED, and it is further

ORDERED, that the following deadlines are established:

Response briefs to the parties' respective Motions for Declaratory Judgment shall be due by May 14, 2007;

Reply briefs in support of the parties' respective Motions for Declaratory Judgment shall be due by May 31, 2007; and

The applicable portions of the certified record in this action shall be filed with the Court by June 12, 2007.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on May 2, 2007.