# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ENTERPRISE NATIONAL BANK,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 06-1344 (RCL) |
| **MIKE JOHANN, Secretary,** | ) |
| **U.S. Department of Agriculture,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

**ORDERED** that Plaintiff's Motion for Declaratory Judgment should be and hereby is DENIED;

and it is further

**ORDERED** that this case should be and hereby is DISMISSED with prejudice from the Court's docket.

_____
UNITED STATES DISTRICT JUDGE