UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ENTERPRISE NATIONAL BANK,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 06-1344 (RCL) |
| **MIKE JOHANN, Secretary,** | ) |
| **U.S. Department of Agriculture,** | ) |
| | ) |
| **Defendant.** | ) |

### MOTION TO MODIFY THE COURT'S
### MAY 2, 2007 SCHEDULING ORDER

The United States Department of Agriculture (Department), in the above-captioned case hereby moves, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, for an extension of time until Tuesday, June19, 2007, within which to file its reply to the Plaintiff's Cross-Motion for Declaratory Judgment and the certified record.  Defendant's Reply is currently due on Thursday, May 31, 2007 and the certified record is due on June 14, 2007.  Plaintiff, through counsel, does not oppose this extension of time until June 19, 2007.

Plaintiff filed this action pursuant to 7 U.S.C. § 6999 for judicial review of a final agency determination by Defendant Agriculture concerning guaranteed loan programs under Defendant's Rural Development Division. See 7 C.F.R. §§ 4279 and 4287, *et seq*.  Plaintiff is alleging the failure of the Department of Agriculture to adhere to the decision of the National Appeals Division.  On March 29, 2007, Defendant filed a Cross Motion For Declaratory Judgment and plaintiff has filed a Cross Motion for Declaratory Judgment on April 5, 2007.  On May 2, 2007 this Court ordered that the parties file their respective Cross Motions for Declaratory Judgment by May 14, 2007 and any replies by May 31, 2007.  Additional time is

needed for this motion, due to the following:

The undersigned counsel has been unable to complete a Reply due to other litigation responsibilities. Specifically, undersigned counsel is preparing for trial during the week of Monday, June 4, 2007, in an Age Discrimination case entitled Simpson v. Leavitt, Civ. Act. No. 03-1123 (PLF). In addition, the undersigned has a motion for summary judgment due in Kalil v. USDA, Civ. Act. No. 01-2194 (RJL) on June 14, 2007, and the additional time will also allow the parties to adequately confer about the relevant parts of the record to be filed. This request is based upon good cause shown and not to cause undue delay of the proceedings.

Respectfully submitted,

/s/
_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530
(202) 305-1334