UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ENTERPRISE NATIONAL BANK,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 06-1344 (RCL) |
| **MIKE JOHANN, Secretary,** | ) |
| **U.S. Department of Agriculture,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

**ORDERED** that Defendant's Motion for an extension of time should be and hereby is GRANTED;

and it is further

**ORDERED** that the Court's May 2, 2007, Scheduling Order be modified as follows:

Defendant's Reply is due on June 19, 2007;

The Parties' filing of the Certified Record is due on June 19, 2007.


_____
UNITED STATES DISTRICT JUDGE