UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ENTERPRISE NATIONAL BANK,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-1344 (RCL) |
| **MIKE JOHANNS, Secretary,** United States Department of Agriculture, | ) ) ) | |
| Defendant. | ) ) ) | |

## ORDER

Upon consideration of defendant's Motion [27] for an extension of time and the entire record herein, it is hereby

ORDERED, that the Motion [27] is GRANTED; and it is further

ORDERED, that the Court's May 2, 2007 Scheduling Order [24] is amended as follows:

Defendant's reply is due on June 19, 2007;

The parties' filing of the Certified Record is due on June 19, 2007.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on June 5, 2007.