IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ENTERPRISE NATIONAL BANK,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CIVIL ACTION NO. 06-1344 (RCL) |
| | * | |
| **MIKE JOHANNS, SECRETARY,** | * | |
| **UNITED STATES DEPARTMENT** | * | |
| **OF AGRICULTURE,** | * | |
| | * | |
| Defendant. | * | |

**NOTICE OF FILING ADMINISTRATIVE RECORD**

Now comes the Defendant, The United States Department of Agriculture (USDA) and hereby gives this Court notice of the filing of the relevant and pertinent portions of the Administrative Record as agreed upon by the parties. The pages of the record have been filed with the Clerk of the District Court on CD-ROM on this 19th day of June 2007. The Plaintiff was served with a copy of the CD-ROM.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW - Civil Division
Rm. 4-4808
Washington, D.C.  20530
(202) 305-1334

Attorneys for Defendant