UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ENTERPRISE NATIONAL BANK**        ) | |
| )  | |
| Plaintiff,        ) | |
| ) | |
| v.        ) | Civil Action No. 06-1344 (RCL) |
| ) | |
| **MIKE JOHANNS, SECRETARY,**        ) | |
| **UNITED STATES DEPARTMENT OF**        ) | |
| **AGRICULTURE**        ) | |
| ) | |
| Defendant.        ) | |
| ) | |

## ORDER

    Before the court are cross-motions [18 and 22] for declaratory judgment by plaintiff Enterprise National Bank and defendant United States Department of Agriculture. Upon full consideration of the motions, opposition and reply briefs, the entire record herein, and applicable law, it is hereby, for the reasons set forth in an accompanying Memorandum Opinion,

    ORDERED that the plaintiff's motion [18] for declaratory judgment is DENIED; it is further hereby

    ORDERED that defendant's motion [22] for declaratory judgment is GRANTED. Judgment is hereby entered for defendant, dismissing this case with prejudice.

    SO ORDERED.


    Signed by Royce C. Lamberth, United States District Judge, March 26, 2008.