## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENTERPRISE NATIONAL BANK,      ) | |
|       ) | |
|    3980 RCA Blvd., Suite 8012    ) | |
|    Palm Beach Gardens, FL 33410  ) | |
|       ) | |
|    Plaintiff,      ) | CIVIL ACTION NO. 1:06-cv-01344-RCL |
|       ) | |
| v.      ) | |
|       ) | |
| MIKE JOHANNS, SECRETARY,    ) | |
| UNITED STATES DEPARTMENT OF  ) | |
| AGRICULTURE,      ) | |
|       ) | |
|    1400 Independence Ave., S.W.   ) | |
|    Washington, DC 20250     ) | |
|       ) | |
|    Defendant.     ) | |

## PLAINTIFF'S NOTICE OF APPEAL

Plaintiff Enterprise National Bank hereby gives notice of its appeal to the United States Court of Appeals for the District of Columbia Circuit of the Order, entered March 26, 2008, which denied Plaintiff's Motion for Declaratory Judgment, and of the Memorandum Opinion, entered March 26, 2008, related thereto.

Respectfully submitted this 20th day of May, 2008.

|  |  |
|---|---|
|  | /s/ John J. Richard |
|  | John M. Gross |
| Taylor, Busch, Slipakoff & Duma LLP | Georgia Bar No. 313520 |
| 1600 Parkwood Circle – Suite 200 | John J. Richard |
| Atlanta, GA 30339 | D.C. Bar No. 480212 |
| Telephone: 770-434-6868 |  |
| Facsimile: 770-434-7376 |  |

1

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENTERPRISE NATIONAL BANK, | ) |
| | ) |
| 3980 RCA Blvd., Suite 8012 | ) |
| Palm Beach Gardens, FL 33410 | ) |
| | ) |
| Plaintiff, | )   CIVIL ACTION NO. 1:06-cv-01344-RCL |
| | ) |
| v. | ) |
| | ) |
| MIKE JOHANNS, SECRETARY, | ) |
| UNITED STATES DEPARTMENT OF | ) |
| AGRICULTURE, | ) |
| | ) |
| 1400 Independence Ave., S.W. | ) |
| Washington, DC 20250 | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Heather D. Graham-Oliver, Esq.
> Assistant United States Attorney
> U.S. Department of Justice
> 555 4th St., N.W.
> Washington, D.C. 20530

This 20th day of May, 2008.

/s/ John J. Richard
John J. Richard
D.C. Bar No. 480212

2